WITHDRAWN 3-13-14
REISSUED 3-13-14



# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00428-CR

**NORMAN CRITTENDEN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 17,626-C

_____

## MEMORANDUM OPINION

_____

Appellant Norman Crittenden is seeking to appeal the denial of his "Motion for an [sic] Rehearing on the Motion for an Order of Nunc Pro Tunc After Considering Evidence and Oral Arguments by the Parties." We do not have appellate jurisdiction of the denial of a motion for rehearing of a motion for judgment nunc pro tunc. *See Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.). Accordingly, this appeal is dismissed.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 30, 2014
Do not publish
[CR25]